Date signed August 19, 2013



PAUL MANNES
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| LORRAINE NEWTON | : | Case No. 12-26586PM |
| | : | Chapter 7 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |
| GLENDON McPHERSON | : | |
| Plaintiff | : | |
| vs. | : | Adversary No. 13-0296PM |
| | : | |
| LORRAINE NEWTON | : | |
| Defendant | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

## ADMONITION TO THE DEBTOR

You are advised that unless you file an appropriate answer in accord with Bankruptcy Rule 7008 by **September 5, 2013**, your default will be entered in this case pursuant to Bankruptcy Rule 7055.

cc:
Lorraine Newton, 2900 Valerian Lane, Upper Marlboro, MD 20774
Niti Crupiti, 11505 Georgia Avenue, Suite 404, Wheaton, MD 20902
Steven H. Greenfeld, Esq., 7910 Woodmont Avenue, Suite 1100, Bethesda, MD 20814

**End of Admonition**